1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                 UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA
                                         *E-FILED - 5/2/07*
11                   SAN JOSE DIVISION

12  YIFAN MAO,                    )
    XITONG LI,                    )   No. C 06-7923 RMW
13                                )
              Plaintiffs,         )
14                                )
           v.                     )   **STIPULATION TO DISMISS; AND**
15                                )   **[] ORDER**
    MICHAEL CHERTOFF, as Secretary of the  )
16  Department of Homeland Security; EMILIO )
    GONZALEZ, Director of U.S. Citizen and  )
17  Immigration Services; ROBERT S. MUELLER, )
    Director of Federal Bureau of Investigation, )
18                                )
              Defendants.         )
19  _____ )

20

21        Plaintiffs, by and through their attorney of record, and Defendants, by and through their

22  attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action

23  in light of the adjudication of Plaintiff's adjustment of status application (Form I-485).

24        Each of the parties shall bear their own costs and fees.

25  ///

26  ///

27

28

    Stip. to Dismiss
    C06-7923 RMW                        1

1    Dated: April 26, 2007                      Respectfully submitted,

2                                               SCOTT N. SCHOOLS
                                                United States Attorney
3

4
                                                _____/s/_____
5                                               ILA C. DEISS
                                                Assistant United States Attorney
6                                               Attorney for Defendants

7

8    Dated: April 26, 2007                      _____/s/_____
                                                JUSTIN FOK
9                                               Attorney for Plaintiffs

10

11
                                    **ORDER**
12
          Pursuant to stipulation, IT IS SO ORDERED.
13

14

15   Date:   5/2/07                    *Ronald M. Whyte*
                                       _____
16                                     RONALD M. WHYTE
                                       United States District Judge
17

18

19

20

21

22

23

24

25

26

27

28